IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMANDA TREMBLAY, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CASE NO. 3:09-cv-1412-P |
| | § |
| WINDHAM PROFESSIONALS, INC. | § |
| | § |
| Defendants. | § |

## STIPULATION OF DISMISSAL

COMES NOW, Plaintiff Amanda Tremblay and Defendant Windham Professionals, Inc., and file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii) as follows:

1. On or about July 30, 2009, Plaintiff sued Defendant Windham Professionals, Inc. for alleged violations of the Fair Debt Collection Practices Act (FDCPA), the Texas Debt Collection Practices Act (TDCPA) and the Texas Deceptive Trade Practices Act (Texas DTPA).

2. Plaintiff agreed to dismiss all claims and/or causes of action arising out of the incident made basis of this case against Defendant and both parties agreed that a Judgment or Order of Dismissal would be entered in this suit, dismissing all and any claims and/or causes of actions with prejudice.

3. Plaintiff moves to dismiss the suit against Defendant and all related causes of action arising out of the facts of this case.

4. Defendant who has answered this lawsuit agrees to the dismissal.

5. This case has not been certified as a class action and no receiver has been appointed.

6. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

7. This dismissal is with prejudice.

Respectfully submitted,

**BUSH & RAMIREZ, L.L.C.**

*//s// Keith Wier*
W. Keith Wier
TBA No. 21436100
24 Greenway Plaza, Suite 1700
Houston, Texas 77046
713/626-1555 Telephone
713/622-8077 Facsimile

**ATTORNEY FOR DEFENDANT**
**WINDHAM PROFESSIONALS, INC.**

**WEISBERG & MEYERS, LLC**

*//s// Susan Landgraf*
Susan Landgraf
108 E. 46th Street
Austin, TX 78751
SBN #00784702
(512) 436-0036 ext. 116
(866) 317-2674 Facsimile

**ATTORNEY FOR PLAINTIFF**
**AMANDA TREMBLAY**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMANDA TREMBLAY, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CASE NO. 3:09-cv-1412-P |
| | § |
| WINDHAM PROFESSIONALS, INC. | § |
| | § |
| Defendants. | § |

## ORDER FOR DISMISSAL WITH PREJUDICE

On this day came to be considered the Stipulation of Dismissal filed by Plaintiff Amanda Tremblay ("Plaintiff") and Defendant Windham Professionals ("Defendant").

The Court is of the opinion that said motion is *well* taken that it should be, and is hereby, GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that all of Plaintiff's claims and causes of action that were, or could have been, asserted against Defendant are hereby dismissed with prejudice. Furthermore, all costs shall be borne by the party incurring the same.

SIGNED on this the _____ day of _____, 2009.

_____
JUDGE PRESIDING

**APPROVED AND ENTRY REQUESTED:**

**BUSH & RAMIREZ, L.L.C.**

*//s// Keith Wier*
W. Keith Wier
TBA No. 21436100
24 Greenway Plaza, Suite 1700
Houston, Texas 77046
713/626-1555 Telephone
713/622-8077 Facsimile
**ATTORNEY FOR DEFENDANT
WINDHAM PROFESSIONALS, INC.**

**WEISBERG & MEYERS, LLC**

*//s// Susan Landgraf*
Susan Landgraf
108 E. 46th Street
Austin, TX 78751
SBN #00784702
(512) 436-0036 ext. 116
(866) 317-2674 Facsimile
**ATTORNEY FOR PLAINTIFF
AMANDA TREMBLAY**